245 F.2d 223
 UNITED STATES, Plaintiff-Appellee,
v.
James BALLENTINE, Defendant-Appellant.
 Docket 24623.
 United States Court of Appeals Second Circuit.
 May 22, 1957.
 
 James Ballentine, pro se.
 Before MEDINA and WATERMAN, Circuit Judges, and GALSTON, District Judge.
 PER CURIAM.
 
 
 1
 As the attorney assigned by us on March 25, 1957 has examined the transcript of the testimony at the trial and given the matter as a whole careful consideration and reports that he can find no merit whatever in the appeal and wishes to be relieved, we accede to his request.
 
 
 2
 Appellant's application for the assignment of new counsel is denied. United States ex rel. Tierney v. Richmond, 2 Cir., 245 F.2d 222.
 
 
 3
 Appellant's motion for an extension of time within which to file a brief and appendix pro se is granted and he may file same at any time on or before September 1, 1957.